UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **PAUL HARRIS**, <br><br> Plaintiff, <br><br> vs. <br><br> **MARY GRENIER**, <br><br> Defendant. | 2:20-CV-10065-TGB |

## JUDGMENT

In accordance with the opinion and order issued on this date, summarily dismissing Plaintiff's complaint;

It is ORDERED AND ADJUDGED that the case be SUMMARILY DISMISSED.

Dated at Detroit, Michigan:   April 30, 2020

DAVID J. WEAVER
CLERK OF THE COURT
s/A. Chubb
Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

1