UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**PAUL HARRIS**,

        Plaintiff,

v.

**MARY GRENIER**,

        Defendant.

Case No. 2:20-cv-10065
Hon. Terrence G. Berg

## ORDER REOPENING CASE

This is a prisoner civil rights action under 42 U.S.C. § 1983. Paul Harris, a prisoner with the Michigan Department of Corrections (MDOC), claims that Defendant, an MDOC nurse, was deliberately indifferent to his serious medical condition when she discontinued his pain medication. The case was initially dismissed for Harris' failure to state a claim. ECF No. 6.

Harris filed a motion for reconsideration, suggesting that there were additional facts supporting his claim that he failed to include in his complaint. ECF No. 8. The Court denied the motion for reconsideration, but granted Harris's request to file an amended complaint in light of the additional factual assertions made in his motion. ECF No. 9. Plaintiff then filed an amended complaint. ECF No. 10. Unfortunately, through

no fault of his own, no further action has taken place on the case, and it remains closed on the Court's docket.

After review of the amended complaint, for purposes of screening the case under the Prison Litigation Reform Act, the Court determines that the amended complaint states an Eighth Amendment deliberate-indifference claim against Defendant. *See* 42 U.S.C. § 1997e(c); 28 U.S.C. § 1915(e)(2)(B); *Estelle v. Gamble*, 429 U.S. 97, 106 (1976).

An order referring the case for the Court's mediation program will follow.

Accordingly, it is **ORDERED** that the case be reinstated to the Court's open docket.

**IT IS SO ORDERED.**

Dated: April 15, 2022        s/Terrence G. Berg
                             TERRENCE G. BERG
                             UNITED STATES DISTRICT JUDGE