UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAUL HARRIS,

    Plaintiff,                                Case No.: 20-cv-10065

v.                                        Magistrate Judge Kimberly G. Altman

MARY GRENIER,

    Defendant.

---

## ORDER EXCLUDING THE CASE FROM THE PRO SE PRISONER MEDIATION PROGRAM AND LIFTING STAY

Plaintiff, a prisoner in the custody of the Michigan Department of Corrections, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. The case was referred to the Pro Se Early Prisoner Mediation Program for possible resolution.

A decision has been made to halt mediation for cases involving Corizon Health defendants. Defendant Mary Grenier was an employee of Corizon Health. Under the circumstances, the Court **EXCLUDES** the case and **LIFTS** the stay. This case is returned to the docket of the district judge for further proceedings.

    **IT IS SO ORDERED.**

                                                 s/Kimberly G. Altman
                                                 KIMBERLY G. ALTMAN
                                                 United States Magistrate Judge

Dated: April 21, 2022

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, April 21, 2022, by electronic and/or U.S.

First Class mail.

                                                s/ Richard Loury
                                                Case Manager