# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

Paul Harris, #330310

    Plaintiff,

v.

Grenier

    Defendants,

Case No.: 2:20-cv-10065
District Judge: Terrance G. Berg
Magistrate Judge: Patricia T. Morris

---

| | |
|---|---|
| PAUL HARRIS, #330310<br>*In Pro Per*<br>St. Louis Correctional Facility<br>8201 Croswell Road<br>St. Louis, MI 48880 | CHAPMAN LAW GROUP<br>Nicholas B. Pillow (P83927)<br>*Attorney for Mary Greiner, D.O.*<br>1441 West Long Lake Rd., Suite 310<br>Troy, MI 48098<br>(248) 644-6326<br>npillow@chapmanlawgroup.com |

## APPEARANCE OF COUNSEL ON BEHALF OF DEFENDANT MARY GREINER, D.O.

**TO: CLERK OF THE COURT**

NOW COMES the law firm of CHAPMAN LAW GROUP, represented by NICHOLAS B. PILLOW, and hereby gives notice of his appearance on behalf of Defendant, MARY GREINER, D.O.

        Respectfully submitted,
        CHAPMAN LAW GROUP

Dated: May 23, 2022        */s/Nicholas Pillow*
        Nicholas B. Pillow (P83927)
        Attorney for Mary Greiner, D.O.
        1441 W. Long Lake Rd., Suite 310
        Troy, MI 48098
        (248) 644-6326
        npillow@chapmanlawgroup.com

## **PROOF OF SERVICE**

I hereby certify that on May 23, 2022, I presented the foregoing paper to the Clerk of the Court for filing and uploading to the ECF system, which will send notification of such filing to the attorneys of record listed herein and I hereby certify that I have mailed by US Postal Service the document to the involved non participants.

        */s/Nicholas Pillow*
        Nicholas B. Pillow (P83927)
        1441 W. Long Lake Rd., Suite 310
        Troy, MI 48098
        (248) 644-6326
        npillow@chapmanlawgroup.com