IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

Paul Harris #330310,

    Plaintiff,

v.

Mary Greiner, D.O.,

    Defendant.

Case No.: 2:20-cv-10065
District Judge: Terrence G. Berg
Magistrate Judge: Patricia T. Morris

| Paul Harris, #330310 | Ian T. Cross (P83367) |
|---|---|
| *In pro per* | Attorney for Mary Greiner, D.O. |
| Central Michigan Correctional Facility | 402 W. Liberty St. |
| 320 Hubbard | Ann Arbor, MI 48103 |
| St. Louis, MI 48880 | (734) 994-9590 |
| | ian@lawinannarbor.com |

## ENTRY OF APPEARANCE OF COUNSEL FOR DEFENDANT, DR. MARY GREINER, D.O.

NOW COMES Ian T. Cross, and hereby gives notice of his appearance as counsel for the Defendant in this matter, Dr. Mary Greiner, D.O.

Dated: March 21, 2023

/s/ *Ian T. Cross*
Ian T. Cross (P83367)
Attorney for Defendant Mary Greiner, D.O.
402 W. Liberty St.
Ann Arbor, MI 48103
734-994-9590
ian@lawinannarbor.com

## **PROOF OF SERVICE**

I hereby certify that on March 21, 2023, I mailed a copy of the foregoing Entry of Appearance via First-Class Mail to *pro se* Plaintiff Paul Harris, #330310, at the Central Michigan Correctional Facility, 320 Hubbard St., St. Louis MI 48880, which is Plaintiff's current address per the MDOC Offender Tracking Information System.

/s/ *Ian T. Cross*
Ian T. Cross (P83367)
Attorney for Defendant Mary Greiner, D.O.
402 W. Liberty St.
Ann Arbor, MI 48103
734-994-9590
ian@lawinannarbor.com