

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **PAUL HARRIS, (330310),**<br>*Plaintiff,*<br><br>**TERRENCE G. BERG**<br><br>v<br><br>**MARY GRENIER,**<br>*Defendant.*<br>_____/ | Case No: 20-10065<br><br>**DISTRICT JUDGE**<br><br>**MAGISTRATE JUDGE**<br>**PATRICIA T. MORRIS** |



FILED
APR 11 2023
CLERK'S OFFICE
U.S. DISTRICT COURT

Paul Harris brought this prisoner civil rights action against Mary Greiner who is an employee of Corizon Health - a healthcare provider formerly contracted by the MDOC. (ECF No. 10, PageID.54). Counsel for Greiner Moved to withdraw as her attorney, fearing that a recent bankruptcy petition filed by Corizon, who has agreed to indemnify Greiner, may present a conflict of interest. (ECF No. 23).

A stay in proceedings will prejudice the Plaintiff in this case, due to the fact that this is regarding a medical need. The nonmoving "party has a right to a determination of its rights and liabilities without undue delay." *Ohio Envtl. Council v United States Dist. Ct.*, 565 F.2d 393, 396 (6th Cir. 1977).

A delay in the proceedings of this case will cause the Plaintiff further physical harm as he is still without the medical detail that the Defendant denied him. Mr. Harris has an interest in litigating his claims "without undue delay," being the Plaintiff and the person affected by the Defendants actions any stay will be prejudicial. *Ohio Envt'l Council*, 565 F.2d at 396.

Plaintiff prays this court will not grant any further delays in his case.

Respectfully Submitted,

Paul Harris

Paul Harris (330310)

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAUL HARRIS, (330310),
    *Plaintiff,*

v

MARY GRENIER,
    *Defendant.*
_____/

Case No: 20-10065

DISTRICT JUDGE TERRENCE G. BERG
MAGISTRATE JUDGE PATRICIA T. MORRIS

Paul Harris, (330310)
Petitioner *in propria persona*
_____

Dana Nessel (P51346),
Michigan Attorney General
Attorney for Respondent
_____

## PROOF OF SERVICE

STATE OF MICHIGAN )
         ) ss
COUNTY OF GRATIOT )

  Paul Harris, being first duly sworn, says that on April **6**, 2023, he mailed by first class mail a copy of Plaintiffs first Interrogatories, and Request for Production, Response to Motion for 120 Day Stay:

Ian T. Cross
Laurence H. Margolis PC
214 S. Main Street, Suite 200
Ann Arbor, MI 48104

Nicholas Pillow
Chapman Law Group
1441 West Long Lake Rd., Suite 310
Troy, MI 48098

_/s/ Paul Harris_
Paul Harris (330310)

